# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: GEORGE QUINN CHEN, Debtor

Case No. 03-32157-DM

**CHAPTER 11
FINAL OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**PERIOD ENDED:** 07/15/05

**PETITION DATE:** Original Ch. 13 - 7/25/03
Converted Ch11 - 8/13/03; Ch7 - 7/15/05

1. Debtor in possession (or trustee) hereby submits this Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

|  | End of Current Period | End of Prior Quarter | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $680,500 | $680,500 | |
| b. Total Assets | $707,500 | $707,500 | $228,141 |
| c. Current Liabilities | $492,088 | $523,120 | |
| d. Total Liabilities | $7,758,377 | $7,789,409 | $263,900 |

|  | Current Period | Prior Quarter | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements** | | | |
| a. Total Receipts | $0 | $814 | $956,580 |
| b. Total Disbursements | $0 | $250 | $277,222 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $564 | $679,358 |
| d. Cash Balance Beginning of Quarter | $680,500 | $679,936 | $1,141 |
| e. Cash Balance End of Period (c + d) | $680,500 | $680,500 | $680,500 |

|  | Current Period | Prior Quarter | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $492,088 | $523,120 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting Period:**  **Yes**  **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    ☑ No
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    ☑ No
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    N/A
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    ☑ No
12. Is the estate insured for replacement cost of assets and for general liability?    ☑ No
13. Are a plan and disclosure statement on file?    ☑ No
14. Was there any post-petition borrowing during this reporting period?    ☑ No

15. Check if paid: Post-petition taxes ___ ;  U.S. Trustee Quarterly Fees ☑
    Check if filing is current for: Post-petition tax reporting and tax returns: ☑
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: August 18, 2005        /s/ E. Lynn Schoenmann
                             E. Lynn Schoenmann, Trustee

Revised 1/1/98

# BALANCE SHEET
## (Small Real Estate/Individual Case)
### For the Period Ended 07/15/05

| | Assets | Check if Exemption Claimed on Schedule C | | Market Value |
|---|---|---|---|---|
| | **Current Assets** | | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, etc..) | | | $215,500 |
| 2 | Accounts receivable (net) | | | |
| 3 | Retainer(s) paid to professionals | | | |
| 4 | Other: Restricted Cash ** *(pending 8/5/05 hearing on Compromise)* | | | $465,000 |
| 5 | *** Disputed ownership of PWI stock sold (Rextron)* | | | |
| 6 | **Total Current Assets [See Schedule "H"]** | | | $680,500 |
| | **Long Term Assets (Market Value)** | | | |
| 7 | Real Property (residential) | | | |
| 8 | Real property (rental or commercial) | | | |
| 9 | Furniture, Fixtures, and Equipment | ☑ | | $12,000 |
| 10 | Vehicles | ☑ | | $15,000 |
| 11 | Partnership interests *(~30% GP interest in Shanghai 1930 Restaurant (L.P.))* | | | *unknown* |
| 12 | Interest in corporations *(~31% shares of Pejiu Wu, Inc. (S-Corp))* | ☑ | * | $0 |
| 13 | Note Receivable *(Shanghai 1930 Restaurant LP, $953K per Debtor-provided financial statements, $970K per 2002 income tax return)* | | | *unknown* |
| 14 | Note Receivable *(Mille Meal, Inc., operator of Beaucoup restaurant: $100K per Debtor disclosure)* | | | *unknown* |
| 15 | Other: | | | |
| 16 | * *Valuation of stock based on pending sale, before asserted and disputed 49% interest of Rextron* | | | |
| 17 | **Total Long Term Assets** | | | $27,000 |
| 18 | **Total Assets** | | | $707,500 |
| | **Liabilities** | | | |
| | **Post-Petition Liabilities** | | | |
| | **Current Liabilities** | | | |
| 19 | Post-petition not delinquent (under 30 days) | | | $250 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | | |
| 21 | Post-petition delinquent taxes | | | |
| 22 | Accrued professional fees | | | $491,838 |
| 23 | Other: | | | |
| 24 | | | | |
| 25 | **Total Current Liabilities** | | | $492,088 |
| 26 | **Long-Term Post Petition Debt** | | | |
| 27 | **Total Post-Petition Liabilities** | | | $492,088 |
| | **Pre-Petition Liabilities (allowed amount) [See Schedule "C"]** | | | |
| 28 | Secured claims (residence) | | | |
| 29 | Secured claims *(McLaughlin Note secured by Pejiu Wu, Inc. stock)* | | | |
| 30 | Priority unsecured claims (IRS claim filed 10/3/03) DISPUTED | | | $67,000 |
| 31 | General unsecured claims *(filed)* ALL BUT $63,900 DISPUTED | | | $7,199,289 |
| 32 | **Total Pre-Petition Liabilities** | | | $7,266,289 |
| 33 | **Total Liabilities** | | | $7,758,377 |
| | **Equity (Deficit)** | | | |
| 34 | **Total Equity (Deficit)** | | | ($7,050,877) |
| 35 | **Total Liabilities and Equity (Deficit)** | | | $707,500 |

Revised 1/1/98

**George Chen Bankruptcy Estate**
    **Case #03-32157**
       **Claim Register As Of July 15, 2005**
**SCHEDULE C - to Monthly Operating Report**

| Claim # | Name | Date Filed | Priority | Secured | Unsecured | Total | Scheduled |
|---|---|---|---|---|---|---|---|
| 1 | S. Douglas McLaughlin | 7/31/2003 | - | 270,140.54 | - | 270,140.54 | 200,000.00 |
| 2 | Richard Grabstein | 9/5/2003 | - | - | 4,964.89 | 4,964.89 | - |
| 3 | Ben Myerson Candy Co., Inc. | 9/8/2003 | - | - | 18,178.30 | 18,178.30 | 4,000.00 |
| 4 | G.S. Becham Design Assoc. | 9/9/2003 | - | - | 52,248.47 | 52,248.47 | 47,900.00 |
| 5 | Fund Recovery Services, Inc. | 9/25/2003 | - | - | 5,032.16 | 5,032.16 | 6,000.00 |
| schedule | Dale Burgess, CPA | | - | - | - | - | 6,000.00 |
| | | | | | 80,423.82 | 350,564.36 | 263,900.00 |
| 6 | IRS Insovency Group 3 | 10/3/2003 | 67,000.00 | - | - | 67,000.00 | - |
| 7 | William F. Higgins | 12/23/2003 | - | - | - | - | - |
| 8 | Terra Nova Industries, Inc. | 12/29/2003 | - | - | 978,500.26 | 978,500.26 | - |
| 9 | Rextron International Ltd. | 12/29/2003 | - | - | 414,701.00 | 414,701.00 | - |
| 10 | City & County of San Francisco | 12/31/2003 | - | - | 6,133,075.62 | 6,133,075.62 | - |
| 11 | Granite State Insurance | 10/15/2004 | | | 7,289.00 | 7,289.00 | |
| | | | 67,000.00 | 270,140.54 | 7,613,989.70 | 7,951,130.24 | 263,900.00 |
| | interest due on secured claim: | | | 709.44 | | 709.44 | |
| | less: Distributions to Secured Creditor: | 2/6/2004 | | (60,000.00) | | (60,000.00) | (159,849.98) |
| | | 3/2/2004 | | (51,000.00) | | (51,000.00) | 104,050.02 |
| | | 11/3/2004 | | (159,849.98) | | (159,849.98) | |
| | Net Due to Secured Creditor: | | | - | | | |
| | June 2005 compromise reached w/ Rextron: | | | | (414,701.00) | (414,701.00) | |
| | *(Hearing to Approve scheduled for 8/5/05)* | | | | 7,199,288.70 | 7,266,288.70 | |

**NOTE: CLAIM VALIDITY NOT YET FULLY INVESTIGATED**

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 03-32157 SDM | | Trustee Name: | E. LYNN SCHOENMANN |
|---|---|---|---|---|
| Case Name: | CHEN, GEORGE QUINN | | Bank Name: | BANK OF AMERICA NA |
| | | | Account Number / CD #: | 3758322707 BofA Checking Account |
| Taxpayer ID No: | 90-6051729 | | | |
| For Period Ending: | 07/15/05 | | Blanket Bond (per case limit): | $ 25,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 1,000.00 |
| | | | COLUMN TOTALS | 0.00 | 0.00 | 1,000.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 0.00 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | |
| | | | TIP ACCOUNT - 3758322655 | 0.00 | 0.00 | 679,500.08 |
| | | | BofA Checking Account - 3758322707 | 0.00 | 0.00 | 1,000.00 |
| | | | | 0.00 | 0.00 | 680,500.08 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

LFORM2  Ver: 10.51

**Bal Sheet Schedule "H"**
Case: 03-32157  Doc# 195  Filed: 08/22/05  Entered: 08/22/05 17:03:31  Page 4 of 6

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Period Ended** 07/15/05

| # | | Actual Current Period | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | $0 | $1,306 |
| 4 | Borrowings | | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $0 |
| 6 | Capital Contributions | | $0 |
| 7 | Distributions from Pejiu Wu, Inc. | $0 | $130,274 |
| 8 | Deposit received on sale of shares of Peiju Wu stock | $0 | $200,000 |
| 9 | Add'l amount received upon completion of sale of shares of Peiju Wu stock | $0 | $625,000 |
| 10 | | | $0 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $0 | $956,580 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other (Debtor listed cash on Schedules, but none turned over to Trustee upon appointment - assumed disbursed) | | $1,141 |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | US Trustee Fees | $0 | $3,250 |
| 33 | Notary Fee | $0 | $10 |
| 34 | McLaughlin payments on Secured Claim | $0 | $270,850 |
| 35 | Deposition Fees | $0 | $1,971 |
| 36 | | | $0 |
| 37 | **Total Cash Disbursements:** | $0 | $277,222 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | $679,358 |
| 39 | **Cash Balance, Beginning of Period** | $680,500 | $1,141 |
| 40 | **Cash Balance, End of Period** | $680,500 | $680,500 |

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the county of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is 180 Montgomery Street, Suite 2340, San Francisco, California 94104.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Bachecki, Crom & Co., LLP, A Partnership, and that practice is that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary sense of business. On the date set forth below, I served the foregoing document(s) described as CHAPTER 11 OPERATING REPORT FOR THE PERIOD ENDING July 15, 2005, on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the accounting office of Bachecki, Crom & Co., LLP, located at 180 Montgomery Street, Suite 2340, San Francisco, California 94104, to be served by mail addresses as follows:

> Office of the U.S. Trustee
> 250 Montgomery Street, Suite 1000
> San Francisco, CA 94104
>
> E. Lynn Shoenmann
> 800 Powell Street
> San Francisco, CA 94108
>
> Merle C. Meyers
> Goldberg, Stinnett, Meyers & Davis
> 44 Montgomery Street, Suite 2900
> San Francisco, CA 94104

I placed such envelope for collection and mailing at my employer's office

I declare under the penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on August 22, 2005.

/s/ MeiLin Sanchez
MeiLin Sanchez