UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: §
§
CHEN, GEORGE QUINN § Case No. 03-32157 SDM
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that E. LYNN SCHOENMANN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK, US BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO CA94102

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on in Courtroom ,
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: To Be Mailed By The Court_____

*E. LYNN SCHOENMANN*
*35 MILLER AVE #298*
*MILL VALLEY, CA 94941-1903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: §
§
§
CHEN, GEORGE QUINN § Case No. 03-32157 SDM
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,337,118.82 |
| and approved disbursements of | $ | 1,039,776.11 |
| leaving a balance on hand of[1] | $ | 297,342.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | S DOUGLAS MCLAUGHLIN | $ 270,849.98 | $ 270,849.98 | $ 270,849.98 | $ 0.00 |
| 000013 | GS BECHAM DESIGN ASSOC | $ 45,374.00 | $ 45,374.00 | $ 0.00 | $ 0.00 |
| 000014 | GRANITE STATE INSUR CO | $ 7,286.00 | $ 7,286.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 297,342.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: E. LYNN SCHOENMANN | $ 71,645.99 | $ 40,680.00 | $ 12,283.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: E. LYNN SCHOENMANN | $ 255.42 | $ 75.05 | $ 180.37 |
| Attorney for Trustee Fees: MEYERS LAW GROUP PC | $ 727,323.00 | $ 409,126.30 | $ 172,301.07 |
| Attorney for Trustee Expenses: MEYERS LAW GROUP PC | $ 23,977.19 | $ 9,070.85 | $ 14,906.34 |
| Accountant for Trustee Fees: BACHECKI CROM & CO LLP | $ 77,275.50 | $ 46,695.50 | $ 16,558.85 |
| Accountant for Trustee Expenses: BACHECKI CROM & CO LLP | $ 162.58 | $ 128.94 | $ 33.64 |
| Fees: UNITED STATES TRUSTEE | $ 3,750.00 | $ 3,750.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD | $ 418.43 | $ 418.43 | $ 0.00 |
| Other: GEORGE KARPATY | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Other: BANK SERVICE FEES | $ 635.78 | $ 635.78 | $ 0.00 |
| Other: FEDEX CHARGES | $ 67.06 | $ 67.06 | $ 0.00 |
| Other: MJ EMMANUEL, NOTARY | $ 60.00 | $ 60.00 | $ 0.00 |
| Other: CHINESE DOCUMENT PROCESSING | $ 10,603.16 | $ 10,603.16 | $ 0.00 |
| Other: UNITED STATES DISTRICT COURT | $ 14.50 | $ 14.50 | $ 0.00 |
| Other: US BANKRUPTCY COURT | $ 133.50 | $ 133.50 | $ 0.00 |
| Other: CENTRAL DISTRICT COURT | $ 130.00 | $ 130.00 | $ 0.00 |
| Other: BEIJING DACHENG LAW OFFICES LLP | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Other: PALMER REPORTING SERVICES | $ 60.30 | $ 60.30 | $ 0.00 |
| Other: SPCIALIZED LEGAL SERVICES | $ 1,055.00 | $ 1,055.00 | $ 0.00 |
| Other: ELIZABETH J LEE CSR | $ 5,227.10 | $ 5,227.10 | $ 0.00 |
| Other: BEIJING DACHENG LAW OFFICES LLP | $ 365.00 | $ 365.00 | $ 0.00 |
| Other: HHP ATTORNEYS AT LAW | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| Other: GOLDBERG STINNETT MEYERS & DAVIS | $ 104,924.50 | $ 104,924.50 | $ 0.00 |
| Other: HHP ATTORNEYS AT LAW | $ 490.00 | $ 490.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: GOLDBERG STINNETT MEYERS & DAVIS | $ 7,487.70 | $ 7,487.70 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 216,263.66 |
| Remaining Balance | $ 81,079.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Fees: BACHECKI CROM & CO LLP | $ 57,332.50 | $ 57,332.50 | $ 0.00 |
| Accountant for Expenses: BACHECKI CROM & CO LLP | $ 954.00 | $ 954.00 | $ 0.00 |
| Other: E LYNN SCHOENMANN | $ 51,079.05 | $ 50,000.00 | $ 1,079.05 |
| Other: E LYNN SCHOENMANN | $ 80.45 | $ 80.45 | $ 0.00 |
| Other: ELIZABETH J LEE CSR | $ 1,321.00 | $ 1,321.00 | $ 0.00 |
| Other: GOLDBERG STINNETT MEYERS & DAVIS | $ 256,163.25 | $ 256,163.25 | $ 0.00 |
| Other: GOLDBERG STINNETT MEYERS & DAVIS | $ 13,088.02 | $ 13,088.02 | $ 0.00 |
| Other: MJ EMMANUEL, NOTARY | $ 10.00 | $ 10.00 | $ 0.00 |
| Other: TERESA Y WONG | $ 650.00 | $ 650.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 1,079.05 |
| Remaining Balance | $ 80,000.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | INTERNAL REVENUE SVC: WITHDRAWN | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |

|  | Remaining Balance | $ | 80,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,274,276.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | RICHARD GRABSTEIN | $ 4,964.89 | $ 0.00 | $ 174.65 |
| 000003 | BEN MYERSON CANDY CO - DISALLOWED | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | GS BECHAM DESIGN ASSOC:DISALLOWED | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | FUND RECOVERY SVCS INC: WITHDRAWN | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | WILLIAM F HIGGINS - WITHDRAWN | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | TERRA NOVA INDUSTRIES | $ 200,000.00 | $ 0.00 | $ 7,035.20 |
| 000009 | REXTRON INTERNATIONAL LTD: WITHDRAWN | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010 | CITY/COUNTY OF SAN FRANCISCO | $ 2,040,000.00 | $ 0.00 | $ 71,759.08 |
| 000011 | GRANITE STATE INSUR CO: DISALLOWED | $ 0.00 | $ 0.00 | $ 0.00 |
| 000012 | BEN MYERSON CANDY CO | $ 18,178.30 | $ 0.00 | $ 639.44 |
|  | BURGESS & COMPANY CPA'S INC | $ 1,230.00 | $ 0.00 | $ 43.27 |
| 000015 | FUND RECOVERY SVCS INC | $ 9,903.38 | $ 0.00 | $ 348.36 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 80,000.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/E. LYNN SCHOENMANN
Trustee

E. LYNN SCHOENMANN
954 BUSH STREET
SAN FRANCISCO, CA 94109-6318

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.